# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela M. Galarza<br>Jose M. Galarza | CHAPTER 13<br><br>BKY. NO. 19-14813 AMC |
| <u>Debtors</u> | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

      Respectfully submitted,
      **/s/ Rebecca A. Solarz, Esq**
      Rebecca A Solarz, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322