**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Reading DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela M. Galarza<br>　　　　Jose M. Galarza Sr.<br><br><br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-14813 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of M&T Mortgage Company and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　(215) 627-1322