UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JOSE M. GALARZA<br>ANGELA M. GALARZA | Bankruptcy No.19-14813-AMC |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 12th day of February, 2020, by first class mail upon those listed below:

JOSE M. GALARZA
141 W PENN AVENUE
ROBESONIA, PA  19551-9551

ANGELA M. GALARZA
P.O. BOX 129
STRAUSSTOWN, PA  19559

**Electronically via CM/ECF System Only:**

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING, PA  19611

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee