IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **JOSE M. GALARZA,** | : | Chapter 13 |
| **ANGELA M. GALARZA,** | : | |
| Debtors | : | Case No: 19-14813 |

## CERTIFICATE OF SERVICE

I, **Alyssa Santa**, paralegal at Joseph T. Bambrick, Jr., Esquire, hereby certify that I served a true and correct copy of the Debtors' Amended Chapter 13 plan that was filed February 24, 2020, via the means specified below this 11th day of March, 2020 to the following:

**UNITED STATES TRUSTEE**
U.S. Trustee's Office
Via Email   **USTPRegion03.PH.ECF@usdoj.gov**

**CHAPTER 13 TRUSTEE**
Scott F. Waterman Esq.
Via Email   **info@readingch13.com**

**DEBTOR**
Mr. & Mrs. Galarza
PO Box 129
Strausstown, PA 19559

**CREDITORS**
See attached list.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/Alyssa Santa
　　　　　　　　　　　　　　　　　　　　　　　　　Alyssa Santa

| LAKEVIEW LOAN SERVICING LLC,<br>REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | M&T Mortgage Company<br>KEVIN G. MCDONALD<br>KML LAW GROUP, P.C.<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106 | KEVIN G. MCDONALD<br>KML LAW GROUP, P.C.<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106 |
|---|---|---|
| Aqua Finance INC/Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Orion Federal Credit Union<br>400 Monroe Ave<br>Memphis, TN 38103 | Toyota Financial Services<br>PO Box 9013<br>Addison, TX 75001 |
| Wells Fargo Auto/Wells Fargo Bank<br>PO Box 130000<br>Raleigh, NC 27605 | | |