# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela M. Galarza<br>Jose M. Galarza<br>                   Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC, its successors and/or assigns<br>                   Movant<br>          vs. | NO. 19-14813 PMM |
| Angela M. Galarza<br>Jose M. Galarza<br>                   Debtor(s) | 11 U.S.C. Section 362 |
| Scott Waterman<br>                   Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of LAKEVIEW LOAN SERVICING LLC, which was filed with the Court on or about **3/17/2020** under docket number 49.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

March 25, 2020