# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angela M. Galarza<br>        Jose M. Galarza<br>                    Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC, its successors and/or assigns<br>                    Movant<br>            vs. | NO. 19-14813 PMM |
| Angela M. Galarza<br>Jose M. Galarza<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of LAKEVIEW LOAN SERVICING LLC, which was filed with the Court on or about **7/23/2020** under document number 52.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

July 27, 2020