| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14813-PMM

JOSE M. GALARZA
ANGELA M. GALARZA
141 W PENN AVENUE
ROBESONIA  PA   19551-9551

Petition Filed Date: 07/31/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 07/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2019 | $311.39 | 1638353088 | 10/31/2019 | $311.39 | 1638034146 | 12/04/2019 | $311.39 | 1638355761 |
| 12/31/2019 | $311.39 | 1638357273 | 02/05/2020 | $311.39 | 1638036549 | 02/28/2020 | $311.39 | 1638577413 |
| 03/31/2020 | $400.00 | 1638578385 | 03/31/2020 | $406.15 | 1638578394 | 05/05/2020 | $400.00 | 1638579258 |
| 05/05/2020 | $406.15 | 1638579267 | 06/03/2020 | $406.15 | 1638580005 | 06/03/2020 | $400.00 | 1638579996 |
| 07/08/2020 | $400.00 | 1638580833 | 07/08/2020 | $406.15 | 1638580842 | 08/05/2020 | $400.00 | 17910662935 |
| 08/05/2020 | $406.15 | 17910662936 | | | | | | |

**Total Receipts for the Period: $5,899.09    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,899.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |
| 1 | M&T BANK »» 01S | Mortgage Arrears | $188.33 | $0.00 | $188.33 |
| 2 | M&T BANK »» 01U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $7,274.46 | $0.00 | $7,274.46 |
| 4 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $833.13 | $0.00 | $833.13 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Secured Creditors | $9,500.58 | $0.00 | $9,500.58 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $545.34 | $0.00 | $545.34 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $4,945.85 | $0.00 | $4,945.85 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $4,210.77 | $0.00 | $4,210.77 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $1,814.19 | $0.00 | $1,814.19 |
| 10 | WELLS FARGO DEALER SERVICES »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK »» 010 | Mortgage Arrears | $68.52 | $0.00 | $68.52 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $5,248.39 | $0.00 | $5,248.39 |
| 13 | CITIBANK NA »» 012 | Unsecured Creditors | $4,171.46 | $0.00 | $4,171.46 |

**Chapter 13 Case No. 19-14813-PMM**

| 14 | ORION FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $23,633.85 | $0.00 | $23,633.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,899.09 | Current Monthly Payment: | $806.15 |
| Paid to Claims: | $0.00 | Arrearages: | ($311.39) |
| Paid to Trustee: | $555.16 | Total Plan Base: | $45,895.20 |
| Funds on Hand: | $5,343.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.