United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jose M. Galarza  
Angela M. Galarza  
    Debtor(s)

Case No. 19-14813-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Galarza, MAILING ADDRESS, P.O. Box 129, Strausstown, PA 19559-0129 |
| db | + | Jose M. Galarza, 141 W. Penn Avenue, Robesonia, PA 19551-1543 |
| jdb |   | Angela M. Galarza, 9 Washington Ave., Strausstown, PA 19559 |
| jdb | + | Angela M. Galarza, MAILING ADDRESS, P.O. Box 129, Strausstown, PA 19559-0129 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Jose M. Galarza NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Angela M. Galarza NO1JTB@juno.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Mortgage Company bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |

District/off: 0313-4      User: Adminstra      Page 2 of 2
Date Rcvd: Nov 13, 2020      Form ID: pdf900      Total Noticed: 4

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOSE GALARZA,                    :      Case No. 19-14813 PMM
    ANGELA GALARZA,              :
        Debtors,                         :      Chapter 13

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

The Application is **GRANTED.**

Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,165.00**.

The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 665.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT,

*Patricia M. Mayer*
_____
**Patricia M. Mayer,**
**U.S. BANKRUPTCY JUDGE**

**Date:** _11/12/20_____