IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSE M. GALARZA and,<br>ANGELA M. GALARZA<br><br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>      Movant,<br><br>  v.<br><br>JOSE M. GALARZA,<br>ANGELA M. GALARZA and<br>SCOTT F. WATERMAN, Trustee,<br>      Respondents. | Bankruptcy No. 19-14813-pmm<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this __23rd__ day of __March__, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2013 Toyota Highlander, VIN# 5TDYK3EHXDS111798.

    b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

**Date: March 23, 2021**

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge