Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14813-PMM

JOSE M. GALARZA
ANGELA M. GALARZA
141 W PENN AVENUE
ROBESONIA PA   19551-9551

Petition Filed Date: 07/31/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 07/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $311.39 | 1638036549 | 02/28/2020 | $311.39 | 1638577413 | 03/31/2020 | $400.00 | 1638578385 |
| 03/31/2020 | $406.15 | 1638578394 | 05/05/2020 | $400.00 | 1638579258 | 05/05/2020 | $406.15 | 1638579267 |
| 06/03/2020 | $406.15 | 1638580005 | 06/03/2020 | $400.00 | 1638579996 | 07/08/2020 | $400.00 | 1638580833 |
| 07/08/2020 | $406.15 | 1638580842 | 08/05/2020 | $400.00 | 17910662935 | 08/05/2020 | $406.15 | 17910662936 |
| 09/02/2020 | $806.15 | 1689746796 | 10/06/2020 | $806.15 | 1689820533 | 11/05/2020 | $400.00 | 19120929872 |
| 11/05/2020 | $406.15 | 19120929873 | 12/04/2020 | $400.00 | 19186139863 | 12/04/2020 | $406.15 | 19186139864 |
| 01/07/2021 | $406.15 | 19202901465 | 01/07/2021 | $400.00 | 19202901467 | 02/09/2021 | $400.00 | 1742610051 |
| 02/09/2021 | $406.15 | 1742610069 | 03/05/2021 | $400.00 | 1742610582 | 03/05/2021 | $406.15 | 1742610591 |
| 04/09/2021 | $400.00 | 1742611266 | 04/09/2021 | $406.15 | 1742611275 | 05/13/2021 | $400.00 | 1742612436 |
| 05/13/2021 | $406.15 | 1742612445 | 06/09/2021 | $400.00 | 1742613399 | 06/09/2021 | $406.15 | 1742613408 |

**Total Receipts for the Period: $12,715.03   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,960.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | M&T BANK<br>»» 01S | Mortgage Arrears | $188.33 | $156.79 | $31.54 |
| 2 | M&T BANK<br>»» 01U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $7,274.46 | $0.00 | $7,274.46 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $833.13 | $750.73 | $82.40 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Secured Creditors | $9,500.58 | $8,560.88 | $939.70 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $545.34 | $0.00 | $545.34 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $4,945.85 | $0.00 | $4,945.85 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $4,210.77 | $0.00 | $4,210.77 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,814.19 | $0.00 | $1,814.19 |
| 10 | WELLS FARGO DEALER SERVICES<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK<br>»» 010 | Mortgage Arrears | $68.52 | $57.04 | $11.48 |

**Chapter 13 Case No. 19-14813-PMM**

| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $5,248.39 | $0.00 | $5,248.39 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $4,171.46 | $0.00 | $4,171.46 |
| 14 | ORION FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $23,633.85 | $0.00 | $23,633.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,960.59 | Current Monthly Payment: | $806.15 |
| Paid to Claims: | $12,025.44 | Arrearages: | ($311.39) |
| Paid to Trustee: | $1,192.02 | Total Plan Base: | $45,895.20 |
| Funds on Hand: | $743.13 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.