| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-14813-PMM**

JOSE M. GALARZA  
ANGELA M. GALARZA  
141 W PENN AVENUE  
ROBESONIA PA 19551-9551

Petition Filed Date: 07/31/2019  
341 Hearing Date: 11/05/2019  
Confirmation Date: 07/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $400.00 | 1742611266 | 04/09/2021 | $406.15 | 1742611275 | 05/13/2021 | $400.00 | 1742612436 |
| 05/13/2021 | $406.15 | 1742612445 | 06/09/2021 | $400.00 | 1742613399 | 06/09/2021 | $406.15 | 1742613408 |
| 07/13/2021 | $400.00 | 19282968894 | 07/13/2021 | $406.15 | 19282968895 | 08/11/2021 | $400.00 | 1742615073 |
| 08/11/2021 | $406.15 | 1742615082 | 09/08/2021 | $400.00 | 1742615559 | 09/08/2021 | $406.15 | 1742615577 |
| 10/13/2021 | $400.00 | 19000317199 | 10/13/2021 | $406.15 | 19000316400 | 11/16/2021 | $400.00 | 1742617125 |
| 11/16/2021 | $406.15 | 1742617134 | 12/15/2021 | $406.15 | 1742617872 | 12/15/2021 | $400.00 | 1742617863 |
| 01/13/2022 | $400.00 | 1742618286 | 01/13/2022 | $406.15 | 1742618295 | 02/15/2022 | $406.15 | 1742618826 |
| 02/15/2022 | $400.00 | 1742618817 | 03/17/2022 | $806.15 | 27143700647 | 04/26/2022 | $400.00 | 19368194298 |
| 04/26/2022 | $406.15 | 19368194299 | 05/18/2022 | $400.00 | 1814256324 | 05/18/2022 | $406.15 | 1814256333 |
| 06/14/2022 | $400.00 | 1814256774 | 06/14/2022 | $406.15 | 1814256783 | 07/19/2022 | $400.00 | 1814257413 |
| 07/19/2022 | $406.15 | 1814257422 | | | | | | |

**Total Receipts for the Period: $12,898.40   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,440.54**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | M&T BANK »» 01S | Mortgage Arrears | $188.33 | $188.33 | $0.00 |
| 2 | M&T BANK »» 01U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $7,274.46 | $1,305.17 | $5,969.29 |
| 4 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $833.13 | $833.13 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Secured Creditors | $9,500.58 | $9,500.58 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $545.34 | $90.03 | $455.31 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $4,945.85 | $887.38 | $4,058.47 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $4,210.77 | $755.52 | $3,455.25 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $1,814.19 | $325.49 | $1,488.70 |
| 10 | WELLS FARGO DEALER SERVICES »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14813-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | M&T BANK<br>»» 010 | Mortgage Arrears | $37.64 | $37.64 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $5,248.39 | $941.68 | $4,306.71 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $4,171.46 | $748.44 | $3,423.02 |
| 14 | ORION FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $23,633.85 | $4,240.42 | $19,393.43 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,440.54 | Current Monthly Payment: | $806.15 |
| Paid to Claims: | $22,353.81 | Arrearages: | $494.76 |
| Paid to Trustee: | $2,078.78 | Total Plan Base: | $45,895.20 |
| Funds on Hand: | $7.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.