| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-14813-PMM**

JOSE M. GALARZA  
ANGELA M. GALARZA  
141 W PENN AVENUE  
ROBESONIA  PA  19551-9551

Petition Filed Date: 07/31/2019  
341 Hearing Date: 11/05/2019  
Confirmation Date: 07/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $400.00 | 1814258223 | 08/23/2022 | $406.15 | 1814258232 | 09/20/2022 | $400.00 | 1814258889 |
| 09/20/2022 | $406.15 | 1814258898 | 10/24/2022 | $400.00 | 1814259465 | 10/24/2022 | $406.15 | 1814259474 |
| 11/21/2022 | $406.15 | 1814260131 | 11/21/2022 | $400.00 | 1814260122 | 12/28/2022 | $406.15 | 1814260743 |
| 12/28/2022 | $400.00 | 1814260734 | 01/24/2023 | $406.15 | 19317421368 | 01/24/2023 | $400.00 | 19317421367 |
| 02/27/2023 | $400.00 | 1814261931 | 02/27/2023 | $406.15 | 1814261949 | 03/28/2023 | $400.00 | 1814262291 |
| 03/28/2023 | $406.15 | 1814262309 | 04/26/2023 | $400.00 | 1814262597 | 04/26/2023 | $406.15 | 1814262606 |
| 06/07/2023 | $400.00 | 1814262903 | 06/07/2023 | $406.15 | 1814262912 | 06/27/2023 | $400.00 | 1864469151 |
| 06/27/2023 | $406.15 | 1864469169 | | | | | | |

**Total Receipts for the Period: $8,867.65   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $34,114.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | M&T BANK »» 01S | Mortgage Arrears | $188.33 | $188.33 | $0.00 |
| 2 | M&T BANK »» 01U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $7,274.46 | $2,446.47 | $4,827.99 |
| 4 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $833.13 | $833.13 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Secured Creditors | $9,500.58 | $9,500.58 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $545.34 | $175.67 | $369.67 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $4,945.85 | $1,663.32 | $3,282.53 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $4,210.77 | $1,416.16 | $2,794.61 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $1,814.19 | $610.11 | $1,204.08 |
| 10 | WELLS FARGO DEALER SERVICES »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK »» 010 | Mortgage Arrears | $37.64 | $37.64 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $5,248.39 | $1,765.10 | $3,483.29 |

**Chapter 13 Case No. 19-14813-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $4,171.46 | $1,402.91 | $2,768.55 |
| 14 | ORION FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $23,633.85 | $7,948.40 | $15,685.45 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,114.34 | Current Monthly Payment: | $806.15 |
| Paid to Claims: | $30,487.82 | Arrearages: | $494.76 |
| Paid to Trustee: | $2,884.90 | Total Plan Base: | $45,895.20 |
| Funds on Hand: | $741.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.