| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-14813-PMM

JOSE M. GALARZA
ANGELA  M. GALARZA
141 W PENN AVENUE
ROBESONIA  PA    19551-9551

Petition Filed Date: 07/31/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 07/30/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $400.00 | 1864469646 | 08/08/2023 | $406.15 | 1864469655 | 09/05/2023 | $406.15 | 19549847529 |
| 09/05/2023 | $400.00 | 19549847528 | 10/06/2023 | $400.00 | 1864470573 | 10/06/2023 | $406.15 | 1864470582 |
| 11/08/2023 | $306.15 | 19520622402 | 11/08/2023 | $500.00 | 19520622401 | 12/04/2023 | $400.00 | 1864471257 |
| 12/04/2023 | $406.15 | 1864471266 | 01/09/2024 | $400.00 | 1864471671 | 01/09/2024 | $406.15 | 1864471689 |
| 02/05/2024 | $400.00 | 19520747706 | 02/05/2024 | $406.15 | 19520747707 | 03/11/2024 | $806.15 | 22053831114 |
| 04/10/2024 | $400.00 | 19592679724 | 04/10/2024 | $406.15 | 19592679725 | 05/07/2024 | $500.00 | 1864473129 |
| 05/07/2024 | $500.00 | 1864473138 | 05/07/2024 | $6.15 | 1864473147 | 06/13/2024 | $400.00 | 1864473471 |
| 06/13/2024 | $406.15 | 1864473489 | 07/10/2024 | $400.00 | 1864473921 | 07/10/2024 | $406.15 | 1864473939 |

**Total Receipts for the Period: $9,873.80    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $43,988.14**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | M&T BANK<br>»» 01S | Mortgage Arrears | $188.33 | $188.33 | $0.00 |
| 2 | M&T BANK<br>»» 01U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $7,274.46 | $3,797.39 | $3,477.07 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $833.13 | $833.13 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Secured Creditors | $9,500.58 | $9,500.58 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $545.34 | $284.66 | $260.68 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $4,945.85 | $2,581.78 | $2,364.07 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $4,210.77 | $2,198.13 | $2,012.64 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,814.19 | $947.04 | $867.15 |
| 10 | WELLS FARGO DEALER SERVICES<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK<br>»» 010 | Mortgage Arrears | $37.64 | $37.64 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $5,248.39 | $2,739.79 | $2,508.60 |

**Chapter 13 Case No. 19-14813-PMM**

| 13 | CITIBANK NA »» 012 | Unsecured Creditors | $4,171.46 | $2,177.60 | $1,993.86 |
| 14 | ORION FEDERAL CREDIT UNION »» 013 | Unsecured Creditors | $23,633.85 | $12,337.33 | $11,296.52 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,988.14 | Current Monthly Payment: | $806.15 |
| Paid to Claims: | $40,123.40 | Arrearages: | $1,100.91 |
| Paid to Trustee: | $3,864.26 | Total Plan Base: | $45,895.20 |
| Funds on Hand: | $0.48 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.