**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOSE M. AND ANGELA M. GALARZA, :        CHAPTER 13
:
Debtors,                              :        BANKRUPTCY NO: 19-14813

## MOTION TO AUTHORIZE RELEASE OF REFUND CHECK

*COMES NOW,* the Debtors, Jose M. and Angela M. Galarza, by and through undersigned counsel, and respectfully move this Honorable Court for the entry of an order authorizing the release of a refund check in the amount of $511.39 to the Debtors, and in support thereof :

a) The Debtors filed a petition under Chapter 13 of the Bankruptcy Code on July 31, 2019.

b)  The Debtors have been notified of a refund for them from the plan in the amount of $511.39.

c)  The monies currently being held by the Chapter 13 Trustee or Clerk or Court.

d) The refund amount is not subject to any pending claims, objections, or motions, and its release will not prejudice the interests of any creditors or parties of interest.

e) The Debtors respectfully request that the Court authorize the release and disbursement of the refund check in the amount of $511.39 directly to the Debtors.

**WHEREFORE**, the Debtors respectfully prays this Honorable Court to enter an

Order authorizing the release of the refund check in the amount of $511.39, and to

grant such other and further relief as is just and proper.

**Respectfully submitted by,**


**Dated:    5/1/2025**                           */s/Joseph Bambrick*
                                                 **JOSEPH T. BAMBRICK JR., ESQ.**
                                                 **ATTORNEY ID. 45112**
                                                 **Attorney for Movant**
                                                 **529 Reading Avenue**
                                                 **West Reading, PA 19611**
                                                 **Phone: (610) 372-6400**