**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Jose M and Angela M. Galarza, | : | CHAPTER 13 |
| | : | |
| Debtors | : | BANKRUPTCY NO: 19-14813 |

## O R D E R

**AND NOW**, this 1st day of May, 2025, upon consideration of the Debtors' Motion to Authorize the Release of a Refund Check in the amount of $511.39 and after the Notice and opportunity for hearing, it is hereby: **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
**PATRICIA M. MAYER,**
**U.S. BANKRUPTCY JUDGE**