**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Jose M. and Angela M. Galarza, | : | CHAPTER 13 |
| | : | |
| Debtors, | : | BANKRUPTCY NO: 19-14813 |

## CERTIFICATE OF SERVICE

I, Kymberlin Monserrate Lacosta, Paralegal for the Law Firm of Joseph T. Bambrick, Jr., hereby certify that I served a true and correct copy of the Debtors' Motion a refund check in the amount of $511.39, via the means specified below on this 1st of May, 2025 to the following:

**CHAPTER 13 TRUSTEE**
SCOTT WATERMAN , Esquire
Via ECF:
**swaterman@readingch13.com**

**UNITED STATES TRUSTEE**
U.S. Trustee's Office
Via ECF:
**USTPRegion03.PH.ECF@usdoj.gov**


 */s/Kymberlin Monserrate Lacosta*
Kymberlin Monserrate Lacosta