**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: JOSE M. AND ANGELA M. GALARZA ) | Case No. 19-14813 |
| ) | |
| ) | |
| ) | |
| *Debtor(s)* ) | Chapter 13 |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On  May 2nd, 2025          , an application was filed for the Claimant(s), JOSE M. AND ANGELA M. GALARZA , for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $511.39 held in unclaimed funds be made payable to JOSE M AND ANGELA M GALARZA  and be disbursed to the payee at the following address:
 529 READING AVE WEST READING PA 19611 . The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Date: MAY 2ND, 2025

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**