# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re: JOSE M. AND ANGELA M. GALARZA )   Case No. 19-14813
)
)
)
*Debtor(s)* )   Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On May 1, 2025, an application was filed for the Claimant(s), JOSE M. AND ANGELA M. GALARZA, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $511.39 held in unclaimed funds be made payable to JOSE M AND ANGELA M GALARZA and be disbursed to the payee at the following address: 529 READING AVE WEST READING PA 19611. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Date: **May 13, 2025**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**