United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14813-pmm |
| Jose M. Galarza | Chapter 13 |
| Angela M. Galarza | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2025 | Form ID: 206 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++        Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose M. Galarza, 141 W. Penn Avenue, Robesonia, PA 19551-1543 |
| db | + | Jose M. Galarza, MAILING ADDRESS, P.O. Box 129, Strausstown, PA 19559-0129 |
| jdb | + | Angela M. Galarza, MAILING ADDRESS, P.O. Box 129, Strausstown, PA 19559-0129 |
| jdb | | Angela M. Galarza, 9 Washington Ave., Strausstown, PA 19559 |
| 14412556 | + | LAKEVIEW LOAN SERVICING LLC, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14444687 | + | M&T Mortgage Company, c/o Kevin McDonald Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14429794 | +++ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 04 2025 01:35:53 | Wells Fargo Bank, N.A., MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 14434226 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2025 01:24:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14428486 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2025 01:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14431389 | ^ | MEBN | Jun 04 2025 01:08:18 | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14399690 | + | Email/Text: camanagement@mtb.com | Jun 04 2025 01:16:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14509275 | + | Email/Text: bankruptcy@orionfcu.com | Jun 04 2025 01:16:00 | Orion Federal Credit Union, 400 Monroe Ave., Memphis, TN 38103-3212 |
| 14411580 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2025 01:16:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 14367826 | ^ | MEBN | Jun 04 2025 01:08:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14367357 | ^ | MEBN | Jun 04 2025 01:08:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406882 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 04 2025 01:16:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14399975 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 04 2025 01:24:40 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 14748083 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2025 | Form ID: 206 | Total Noticed: 19 |

Jun 04 2025 01:24:54  Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M & T Bank |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2025            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Jose M. Galarza kymberlin.jtblaw@gmail.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Angela M. Galarza kymberlin.jtblaw@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Mortgage Company bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jose M. Galarza and Angela M. Galarza                                  Case No: 19−14813−pmm

    Debtor(s)

_____

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file certification of completion of instructional course concerning personal financial management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.

 

For The Court

Dated: 6/3/25

Timothy B. McGrath
Clerk of Court

   103
Form 206